**Terri L. TORAIN, Petitioner,**

v.

**SMITHSONIAN INSTITUTION, Respondent.**

No. 2011–3135.

United States Court of Appeals, Federal Circuit.

June 22, 2011.

**ON MOTION**

**ORDER**

Upon consideration of Terri L. Torain's motion to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**ZOBA INTERNATIONAL CORP. (Doing Business as CD Digital Card), Appellant,**

v.

**DVD FORMAT/LOGO LICENSING CORPORATION, Appellee.**

Nos. 2011–1443, 2011–1444.

United States Court of Appeals, Federal Circuit.

June 22, 2011.

Karl M. Steins, Steins & Associates, P.C., San Diego, CA, for Appellant.

Robert P. Parker, Paul, Weiss, Rifkind, Wharton, Washington, DC, for Appellee.

**ON MOTION**

**ORDER**

Zoha International Corp. (doing business as CD Digital Card) moves to withdraw its appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.